CATHARINE ULRICH KABATT, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF ELMIRA, Respondent.—Appeal by the plaintiff from a judgment of the Supreme Court, entered in the office of the clerk of Chemung county, November 16, 1935, denying her motion for summary judgment, and granting the defendant's motion to dismiss the complaint on the merits. The plaintiff, a married school teacher, applied for a leave of absence to commence on December 3, 1934, to about February 15, 1935, or as soon thereafter as her physician would permit. She was delivered of a child on January 11, 1935. The board of education granted her leave of absence but made it for a term of two years pursuant to their rule, passed November 13, 1934. The plaintiff appealed to the Commissioner of Education, who found that the two-year period was not unreasonable. This was conclusive and final. (*Matter of Levitch* v. *Board of Education*, 243 N. Y. 373.) Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE FIRST NATIONAL BANK OF BINGHAMTON, N. Y., Appellant, v. LOUIS D'ANGELO, ANTHONY CERRETANI, Copartners, Trading as D'ANGELO & CERRETANI, Defendants, and ANTHONY CERRETANI, Respondent.—Appeal by the plaintiff in this action wherein it is sought to recover upon two promissory notes claimed to be owing from the defendants as copartners. During the trial it was stipulated that the plaintiff be paid the amount of one of the notes from funds received from the State of New York, on account of payments due the partnership for work upon a highway contract. The trial court decided that the other note in suit was the individual note and debt of the partner D'Angelo, and directed that the balance of the sum held by the bank under its assignment be paid to the receiver of the copartnership. The evidence given by plaintiff's cashier was to the effect that the note was given by the individual partner D'Angelo, indorsed by his wife, and negotiated with the plaintiff to procure his personal contribution to the working capital of the copartnership, and was carried on the books of the plaintiff as an individual debt of the partner D'Angelo. This contribution was matched by one slightly smaller, paid in by the partner Cerretani. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

FREDERICK BEDELL, Respondent, v. DICTOGRAPH PRODUCTS COMPANY, INC., Appellant.—Appeal from order denying defendant's motion for judgment on the pleadings. The complaint pleads a triable issue. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of FRED SCHURICK, Appellant, against THE BAYER COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Appellant, for a Writ of Certiorari to MARTIN J. EVERY and Others, Assessors of the Tax District of the Town of Olive, Ulster County, New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.